**Dear IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

PMC PROPERTY GROUP, INC., et al.,

*Plaintiffs,*

v.

VIRACON, LLC, et al.,

*Defendants.*

CIVIL ACTION
NO. 26-3345

**ORDER**

**AND NOW**, this 20th day of August, 2026, upon consideration of Defendants' Motion to Dismiss (Dkt. No. 16), Plaintiffs' Response (Dkt. No. 17) and Defendants' Reply (Dkt. No. 18), it is **ORDERED** the Motion is **GRANTED in part and DENIED in part as follows**:

1. All Counts against Apogee (Counts IV, VI & VII) are **DISMISSED without prejudice for lack of personal jurisdiction**;
2. Count II against Wausau and Viracon is **DISMISSED with prejudice**;
3. Count III against Wausau and Viracon is **DISMISSED with prejudice**;
4. Count IV against Wausau is **DISMISSED with prejudice**;
5. Count V against Wausau and Viracon is **DISMISSED without prejudice**;
6. The Motion is **DENIED** with respect to Count I against Wausau and Viracon;
7. The Motion is **DENIED** with respect to Count IV against Viracon; and

8. PMC Property may amend Count V, consistent with the accompanying memorandum, **on or before September 22, 2026**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.